OPINION — AG — ** COURT FUND — EXPENDITURE — TWO WAY RADIO ** THERE IS NO AUTHORITY OF LAW, AUTHORIZING THE EQUIPMENT OF THE SHERIFF'S OFFICE AND AUTOMOBILE WITH A TWO WAY RADIO (COMMUNICATION) SYSTEM, WHEREBY ANY, OR ALL OF THE AMOUNT OF THE COST OF SAID EQUIPMENT COULD BE PROPERLY PAID FROM THE COURT FUND. CITE: 62 O.S. 322 [62-322], 62 O.S. 323 [62-323] (OWEN J. WATTS)